UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

MICHAEL W. KASTNER, JUDITH U. KASTNER,
JONATHAN C. CHEEK,

                              Plaintiffs,

-against-

CITY OF NEW YORK, NY CITY DEPARTMENT OF
EDUCATION, DEPARTMENT OF HEALTH AND
MENTAL HYGIENE OF THE CITY OF NY

                              Defendants.

---------------------------------------------------------------------------- x

**NOTICE APPEARANCE**

25-cv-4495-OEM-RML

        **PLEASE TAKE NOTICE** that **ILONA J. EHRLICH,** Assistant Corporation

Counsel, on behalf of Muriel Goode Trufant, Corporation Counsel of the City of New York,

appears herein as counsel of record for Defendants City of New York, Department of Education

of the City of New York and Department of Health and Mental Hygiene of the City of New

York.   Accordingly, I respectfully request that any future correspondence, filings, ECF

notifications, or other information relating to this matter be directed to me at the address below.

Dated: New York, New York
      September 15, 2025

                                    **MURIEL GOODE-TRUFANT**
                                    Corporation Counsel of the
                                    City of New York
                                    Attorney for Defendants
                                    100 Church Street, 2-196
                                    New York, New York 10007
                                    (212) 356-2549
                                    iehrlich @law.nyc.gov

                            By: _Ilona J. Ehrlich_____
                                    Ilona J. Ehrlich
                                    Assistant Corporation Counsel

cc:    Pro Se Plaintiffs (by ECF)