

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ILONA J. EHRLICH**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2549
Email: iehrlich@law.nyc.gov

September 15, 2025

**By ECF**

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kastner v. City of New York, et al.,
25-cv-4495-OEM-RML

Dear Magistrate Judge Levy:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for Defendants the City of New York, New York City Department of Education and New York City Department of Health and Mental Hygiene (collectively, Defendants") in the above-referenced action. I write to respectfully request an extension of time, from September 15, 2025 to November 14, 2025, for Defendants to respond to the complaint.

      This is Defendants' first request for an extension of time to respond to the complaint. Defendants emailed Plaintiffs today to request their consent to this request but have not heard back from Plaintiffs. Granting Defendants an extension until November 14, 2025 would not affect any other deadlines in this case.

      An extension of time until November 14, 2025 will allow this Office to adequately investigate the allegations made in the complaint and prepare a proper response. The complaint in this matter consists of 170 lengthy paragraphs setting forth various allegations of apparent breach of contract and negligence.

      Therefore, Defendants respectfully request that the Court grant an extension of time to respond to the complaint until November 14, 2025.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

*Ilona J. Ehrlich*

Ilona J. Ehrlich
Assistant Corporation Counsel


cc: Pro Se Plaintiffs (via ECF)